CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOMINIQUE HERMAN ADAMS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12-cv-00384 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby it hereby **ORDERED** that this case is **DISMISSED** and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order to petitioner.

ENTER: This 27th day of August, 2012.

/s/
United States District Judge